

NUMBER 13-13-00722-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEIGH ANNE CORNELISON,
INDIVIDUALLY AND AS
NEXT FRIEND OF
ADAM CRAIG CORNELISON,                                    Appellant,

v.

HARLINGEN MEDICAL CENTER
AND HARLINGEN MEDICAL
CENTER LIMITED PARTNERSHIP,
D/B/A HARLINGEN MEDICAL CENTER,                          Appellees.

On appeal from the 103rd District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Leigh Anne Cornelison, Individually and as Next Friend of Adam Craig

Cornelison, perfected an appeal from a judgment entered by the 103rd District Court of

Cameron County, Texas, in cause number 2011-DCL-05952. The parties have filed a joint motion to dismiss the appeal. The parties request that this Court dismiss the appeal and tax costs against appellant.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of February, 2014.